**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. | Mark E. Brewster | | DISTRICT JUDGE: | Paul L. Maloney |
|---|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:17-cr-127 | 11/6/2017 | 1:45 p.m. - 2:50 p.m. | Kalamazoo | |

**APPEARANCES**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Adam B. Townshend and Raymond E. Beckering | David A. Dodge | Retained |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment:<br>　__ mute　__ nolo contendre<br>　__ not guilty　__ guilty<br>__ Final Pretrial Conference<br>__ Detention　(waived __)<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>✓ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other: _____<br><br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>__ Other: _____ | Charging Document:<br>　__ Read　__ Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

**SENTENCING**

| | |
|---|---|
| Imprisonment: 10 months<br>Probation: n/a<br>Supervised Release: 1 year<br>Fine: $ 0.00<br>Restitution: $ 1,571.11<br>Special Assessment: $ 100.00 | Plea Agreement Accepted: ✓ Yes __ No<br>Defendant informed of right to appeal: ✓ Yes __ No<br>Counsel informed of obligation to file appeal: ✓ Yes __ No<br>Conviction Information:<br>　Date: 7/28/2017<br>　By: Plea<br>　As to Count (s): 1 of Felony Information |

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Self-Surrender as notified by US Marshal/BOP | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathleen Thomas | **Case Manager:** A. Redmond |