IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

vs.

MARK E. BREWSTER, M.D.

        Defendant

-------------------------------------------/

Case No. 1:17-CR-127

Hon. Paul L. Maloney
United States District Judge

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION
TO EXTEND DEFENDANT'S PRISON-REPORTING DATE**

On November 7, 2017, the defendant was sentenced to 10 months in custody.

He was granted the privilege of self-surrender, and he is scheduled to report to FCI Milan on December 18, 2017.

The defendant is respectfully asking this Court to grant a brief extension of his reporting date until January 8, 2018.

The defendant is requesting the short extension for the following reasons:

    A.  One of the outstanding issues is child support for the defendant's children while he is incarcerated.

On December 12, 2017, the defendant received a notice that a Court hearing is scheduled on this subject for December 20, 2017 in state court in Traverse City, Michigan.  A copy of the Court notice is attached as an Exhibit to this pleading.

The defendant is respectfully requesting an extension so that he can attend that hearing and can address whatever decisions the Court might make at that hearing before reporting

to serve his sentence. The defendant is concerned for his children, and he is hoping to make the best arrangements possible under the circumstances.

B. The defendant has received notices from LARA regarding his medical license. He is represented by separate counsel for the LARA-related issues.

It is counsel's understanding that the defendant and his attorney are working diligently to respond to LARA. The short extension requested would give the defendant additional time to work with his attorney and to submit appropriate responses.

After his release, the defendant will have to face the licensing issues. He wants to be responsible in his dealings with LARA. He hopes to eventually return to the practice of medicine, and he hopes that a proper response will assist him in that process.

A copy of the LARA notices are attached.

It is counsel's understanding that the defendant has obeyed all of the conditions of his pre-trial and post-sentencing release.

The defendant appreciates any consideration that the Court can give.

Grand Rapids, MI  
December 13, 2017

Respectfully submitted,

/s/ David A. Dodge  
David A. Dodge (P22906)  
Dodge & Dodge, P.C.  
The Trust Building, Suite 845  
Grand Rapids, MI 49503  
(616) 459-3850